DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HERNANDEZ TECHNOLOGIES, INC.** d/b/a **FIRST CAPITAL PAYMENTS,**
Appellant,

v.

**CHETU, INC.,**
Appellee.

No. 4D18-2899

[March 7, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael L. Gates, Judge; L.T. Case No. CACE14-007637 (12).

David A. Strauss of The Strauss Law Firm, P.A., Fort Lauderdale, for appellant.

Paul D. Turner and Joey M. Lampert of Perlman, Bajandas, Yevoli & Albright, P.L., Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KLINGENSMITH, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***